No. 960. GRAY ET AL. *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Daniel L. Stonebridge* and *Wilbur E. Dow, Jr.* for petitioners. *Cletus Keating* and *Edward L. Smith* for respondent.

No. 351, Misc. RODRIGUEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 454, Misc. KELLY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *John T. Duffy* for petitioner. *Latham Castle,* Attorney General of Illinois, for respondent.

No. 468, Misc. YOUNG *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. J. G. Davis,* Special Assistant Attorney General of Texas, for respondent.

No. 499, Misc. ROBINSON *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 611, Misc. HILL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.